Commonwealth ex rel. Connor, Appellant, *v.*
Russell.

Submitted December 14, 1964. *John Connor,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Davis, Appellant, *v.*
Rundle.

Submitted December 14, 1964. *James R. Davis,* appellant, in propria persona; *Abner H. Silver* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Foster, Appellant, *v.*
Myers.

Submitted December 14, 1964. *Vern Foster,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.